AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    5:25-cv-11900-JEL-CI

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Corewell Health d/b/a Beaumont Health**
was recieved by me on  **7/15/2025:**

☐  I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **Krist Ayotte**, who is designated by law to accept service of process on behalf of **Corewell Health d/b/a Beaumont Health** at **26901 Beaumont Blvd, Southfield, MI 48033** on **07/15/2025 at 10:24 AM**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 95.00** for services, for a total of **$ 95.00**.

I declare under penalty of perjury that this information is true.

Date:   07/15/2025

*Server's signature*

**Hassid Zabsonre**
*Printed name and title*

**6492 lakeview blvd
13303
Wesland, MI 48185**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, Complaint; Summons; Demand for Trial by Jury,  to Krist Ayotte who identified themselves as the person authorized to accept with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a black-haired white female contact 55-65 years of age, 5'6"-5'8" tall and weighing 160-180 lbs.**



Tracking #: **0177793564**

